UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

ENRIQUE C. CABRERA,

                    Plaintiff,                    **MEMORANDUM & ORDER**
                                                  23-CV-6065 (EK)(TAM)
          -against-

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                    Defendant.

--------------------------------------x

ERIC KOMITEE, United States District Judge:

          The Court has received Magistrate Judge Merkl's Report and Recommendation (R&R) dated December 10, 2025.  ECF No. 19. Judge Merkl recommends that the Court grant plaintiff's motion for attorney's fees, ECF No. 16, that plaintiff's counsel be awarded $19,305.00 in fees pursuant to 42 U.S.C. § 406(b), and that counsel reimburse plaintiff any fees received under the Equal Access to Justice Act.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Merkl's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

          Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, the motion for

attorney's fees is granted, and plaintiff's counsel is awarded $19,305.00 pursuant to 42 U.S.C. § 406(b).  Counsel should reimburse plaintiff any fees received under the Equal Access to Justice Act.


SO ORDERED.


__/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge



Dated:    February 4, 2026
          Brooklyn, New York